JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| DESIREE MARTINEZ MIRANDA,<br><br>    Plaintiff,<br><br>    vs.<br><br>COUNTY OF RIVERSIDE, DOES 1 THROUGH 20, INCLUSIVE,<br><br>    Defendants. | CASE NO. CV11-09912 PA (SHx)<br><br>**ORDER GRANTING DISMISSAL WITH PREJUDICE** |

Good cause appearing therefor

**IT IS ORDERED** that the entire action is dismissed with prejudice with the parties to bear their own costs and fees.

DATED: June 16, 2012

_____
Hon. Percy Anderson
United States District Judge